UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
| | |
|---|---|
| **SHAWN LESKA AND TRACY LESKA**    ) | CASE NUMBER: |
|     Plaintiffs                                                 ) | 3:03CV0730(AWT) |
| v.                                                                 ) | |
|                                                                      ) | NOTICE OF DISMISSAL |
|                                                                      ) | |
| **CITIGROUP, INC. AND TRANS UNION, LLC,**  ) | |
|     Defendants                                              ) | |
| _____ ) | **JANUARY 27, 2005** |

Pursuant to F.R.C.P. §41(a)(1), the plaintiffs, Shawn Leska and Tracy Leska, through their attorneys, hereby give notice that the claims of the above-entitled action shall be dismissed with prejudice and without costs as to both defendants.

PLAINTIFF, SHAWN LESKA AND TRACY LESKA

Date: January 27, 2005        By: _____
                                         Daniel S. Blinn, ct02188
                                         Sarah Poriss, ct24372
                                         sporiss@consumerlawgroup.com
                                         Consumer Law Group, LLC
                                         35 Cold Spring Rd. Suite 512
                                         Rocky Hill, Connecticut 06067
                                         Tel. (860) 571-0408  Fax (860) 571-7457

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing Notice of Dismissal was mailed, via first class mail, postage prepaid, this ___ day of January 27, 2005 to all counsel as follows:

Ira W. Bloom, Esquire, ct07629
Wake, See, Dimes & Bryniscka
27 Imperial Avenue   P. O. Box 777
Westport, CT 06881-0777

Bruce S. Luckman,  ct10830
Satzberg, Trichon, Kogan & Wertheimer, P.C.
1818 Market St., 30th Fl
Philadelphia, PA  19103

Edward L. Burge, Esq.
Citicorp Credit Services, Inc.
Four Parkway North
PO Box 865
Deerfield, IL  60015-0865

_____
Sarah Poriss