UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN LESKA AND TRACY LESKA<br>Plaintiffs<br><br>v.<br><br><br>CITIGROUP, INC. AND TRANS UNION, LLC,<br>Defendants | CASE NUMBER:<br>3:03CV0730(AWT)<br><br>NOTICE OF DISMISSAL<br><br><br>JANUARY 27, 2005 |

Pursuant to F.R.C.P. §41(a)(1), the plaintiffs, Shawn Leska and Tracy Leska, through their attorneys, hereby give notice that the claims of the above-entitled action shall be dismissed with prejudice and without costs as to both defendants.

PLAINTIFF, SHAWN LESKA AND TRACY LESKA

Date: January 27, 2005   By: _____
Daniel S. Blinn, ct02188
Sarah Poriss, ct24372
sporiss@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, Connecticut 06067
Tel. (860) 571-0408  Fax (860) 571-7457

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing Notice of Dismissal was mailed, via first class mail, postage prepaid, this ___ day of January 27, 2005 to all counsel as follows:

Ira W. Bloom, Esquire, ct07629
Wake, See, Dimes & Bryniscka
27 Imperial Avenue  P. O. Box 777
Westport, CT 06881-0777

Bruce S. Luckman, ct10830
Satzberg, Trichon, Kogan & Wertheimer, P.C.
1818 Market St., 30th Fl
Philadelphia, PA 19103

Edward L. Burge, Esq.
Citicorp Credit Services, Inc.
Four Parkway North
PO Box 865
Deerfield, IL 60015-0865

_____
Sarah Poriss

APPROVED and SO ORDERED.

_____
ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT   2/1/05